# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| V. | CASE NUMBER: 3:05CR341 |
| GERMAN MILLON | |

THIS MATTER is before the Court on an Order of Remand, filed 5/31/2007, from the Fourth Circuit Court of Appeals for an additional proceeding. The Court has been informed by the U.S. Marshal that BOP cannon transport the defendant in time for the previously scheduled hearing and will therefore continue this proceeding to a new date.

**NOW, THEREFORE, IT IS ORDERED** that:

1. The United States Marshal have the Defendant GERMAN MILLON (#21526-058 ) present in Charlotte, North Carolina not later than 8/6/2007 for matter scheduled; and

2. This matter is scheduled to be heard 8/6/07 at 10:30 a.m.

The Clerk is directed to certify copies of this Order to the United States Attorney, Defendant's Counsel, the United States Marshal Service, and the United States Probation Office for the Western District of North Carolina.

Signed: June 7, 2007

Robert J. Conrad, Jr.
Chief United States District Judge